# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-1493

———————

United States of America,           *
                                       *

        Appellee,           *
                                       *   Appeal from the United States

    v.                          *   District Court for the Western
                                       *   District of Missouri.

Willix J. Walker,            *

                                       *    [UNPUBLISHED]

        Appellant.         *

———————

Submitted: March 26, 2008
Filed: April 3, 2008

———————

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Willix Walker appeals the district court's[1] denial of his motion to suppress bullets, a face mask, and a handgun, arguing that police lacked reasonable suspicion to initiate the investigative stop of him that had resulted in seizure of the foregoing evidence. Having carefully reviewed the record and considered Walker's arguments, we find no basis for reversal. See United States v. Littrell, 439 F.3d 875, 881 (8th Cir. 2006) (clear-error review of district court's factual findings in support of its denial of

———————

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri.

motion to suppress, and de novo review of its legal conclusion about whether Fourth Amendment was violated).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____